UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL ROMAN-GAMINO,<br><br>Petitioner,<br><br>v.<br><br>SACRAMENTO DISTRICT ATTORNEY,<br><br>Respondent. | No. 2:21-cv-1589-KJM-EFB P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 4, 2021, the magistrate judge filed findings and recommendations, which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner has not filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").

/////

1

Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 4, 2021, are adopted in full;

2. Petitioner's application for a writ of habeas corpus is summarily dismissed for failure to exhaust state remedies;

3. The Clerk is directed to close the case;

4. The court declines to issue a certificate of appealability; and

5. The Clerk is directed to serve a copy of this order, together with a copy of the petition filed in the instant case, on the Attorney General of the State of California.

DATED: January 11, 2022.

CHIEF UNITED STATES DISTRICT JUDGE